# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAKOTA SMITH**                                                            **PLAINTIFF**
**ADC #555199**

v.                      No. 3:23-cv-96-DPM

**SHEILA K. ARMSTRONG,**
**Health Supervisor, Grimes**
**Unit Medical; ASHLEY WELLS,**
**2nd in Charge, Grimes Unit Medical,**
**ADC; BILLY CODWELL, Director,**
**Grimes Unit Medical, ADC; and**
**SMITH, Dr., Grimes Unit, ADC**                     **DEFENDANTS**

## ORDER

    **1.**    The Court withdraws the reference.

    **2.**    Smith hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

                                                   */s/ DP Marshall Jr.*
                                                   D.P. Marshall Jr.
                                                   United States District Judge

                                                   10 July 2023