IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAKOTA SMITH**                                                                    **PLAINTIFF**
**ADC #555199**

v.                                    No. 3:23-cv-96-DPM

**SHEILA K. ARMSTRONG,**
Health Supervisor, Grimes
Unit Medical;  **ASHLEY WELLS,**
2nd in Charge, Grimes Unit Medical,
ADC;  **BILLY CODWELL,** Director,
Grimes Unit Medical, ADC;  and
**SMITH, Dr.,** Grimes Unit, ADC                                   **DEFENDANTS**

## JUDGMENT

Smith's complaint is dismissed without prejudice.

*[signature: D.P. Marshall Jr.]*

D.P. Marshall Jr.
United States District Judge

10 July 2023